IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Ronald | Case Number: 08 B 18350 |
|---|---|---|
| | Harris, Patricia | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 7/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 29, 2008
Confirmed: October 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,180.00 | |
| Secured: | | 1,308.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,851.50 |
| Trustee Fee: | | 293.93 |
| Other Funds: | | 726.57 |
| Totals: | 5,180.00 | 5,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,851.50 | 2,851.50 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 18,782.60 | 1,280.00 |
| 4. | Cook County Treasurer | Secured | 881.00 | 28.00 |
| 5. | GMAC Mortgage Corporation | Secured | 16,470.97 | 0.00 |
| 6. | Credit Union One | Unsecured | 1,518.65 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,906.01 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 460.00 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 401.37 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 204.73 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 473.28 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 728.87 | 0.00 |
| 13. | Midland Credit Management | Unsecured | 1,218.43 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 69.50 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 1,228.28 | 0.00 |
| 16. | Santander Consumer USA | Unsecured | 133.39 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 616.10 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 2,214.36 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 200.00 | 0.00 |
| 20. | Midnight Velvet | Unsecured | 291.64 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 457.78 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 13,746.43 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 1,024.58 | 0.00 |
| 24. | Aspire Visa | Unsecured | | No Claim Filed |
| 25. | Exxon Mobil | Unsecured | | No Claim Filed |
| 26. | HFC Nevada | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris, Ronald  
Harris, Patricia  
Printed: 02/24/09

Case Number:  08 B 18350  
Judge:  Wedoff, Eugene R  
Filed:  7/17/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. H & F Law Offices | Unsecured | | No Claim Filed |
| 28. First National Credit Card | Unsecured | | No Claim Filed |
| 29. NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 30. Mastercard | Unsecured | | No Claim Filed |
| 31. Mastercard | Unsecured | | No Claim Filed |
| 32. Premier Credit | Unsecured | | No Claim Filed |
| 33. HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 34. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 35. Arrow Financial Services | Unsecured | | No Claim Filed |
| 36. NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 37. Simm Associates Inc | Unsecured | | No Claim Filed |
| 38. The Bureau Inc | Unsecured | | No Claim Filed |
| | | $ 65,879.47 | $ 4,159.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 293.93 |
| | $ 293.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

